IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHERINE MUSLOW AND MEREDITH CUNNINGHAM | § § § | Civil Action No. 19-11793 |
| Plaintiffs, | § § | SECTION "M" |
| v. | § § | JUDGE BARRY W. ASHE |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, THOMAS SKINNER, LARRY HOLLIER, AND JON HARMAN, and CARLTON "TREY" JONES, III | § § § § § § § § | MAG. DIV (2) MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| Defendants. | | |

## ORDER

Considering Plaintiffs' Motion to Withdraw Motion to Compel Sworn Verifications of Carlton "Trey" Jones, III, and LSU, it is **ORDERED** that the Motion is **GRANTED** and Plaintiffs' Motion to Compel is withdrawn.

New Orleans, Louisiana this 8th day of June, 2021.

_____
HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE