IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW AND<br>MEREDITH CUNNINGHAM<br><br>Plaintiffs,<br>v.<br><br>BOARD OF SUPERVISORS OF LOUISIANA<br>STATE UNIVERSITY AND AGRICULTURAL<br>AND MECHANICAL COLLEGE, THOMAS<br>SKINNER, LARRY HOLLIER, AND JON<br>HARMAN, and<br>CARLTON "TREY" JONES, III<br><br>Defendants. | Civil Action No. 19-11793<br><br>SECTION "M"<br>JUDGE BARRY W. ASHE<br><br>MAG. DIV (2)<br>MAGISTRATE JUDGE<br>DONNA PHILLIPS CURRAULT |

## MOTION TO COMPEL DEFENDANT LARRY HOLLIER'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Katherine Muslow and Meredith Cunningham ("Plaintiffs"), who move this Court pursuant to Federal Rule of Civil Procedure Rule 37(a) for an order compelling Defendant Larry Hollier to submit a full and complete response to Plaintiffs' Supplemental Request for Production of Documents No. 74 and requiring Defendant to pay Plaintiffs' reasonable expenses incurred in bringing this Motion for the reasons set forth in Plaintiffs' Memorandum in Support and for good cause shown.

**WHEREFORE**, Plaintiffs request that this Court issue an order compelling Defendant, by a specific date set by the Court, to produce a full and complete response to Plaintiffs' Supplemental Request for Production of Documents No. 74. Plaintiffs further request that this Court order Defendant to pay Plaintiffs' reasonable expenses, including attorney's fees, incurred in bringing this Motion.

-2-

Respectfully submitted:

**KOEPPEL LLC**

*/S/ Peter S. Koeppel*
Peter S. Koeppel (#1465)
Natasha Z. Wilson (#22672)
2030 Saint Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
psk@koeppelllc.com
nwilson@koeppelllc.com

*Attorneys for Plaintiffs, Katherine Muslow and Meredith Cunningham*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing has been filed using the Court's CM/ECF system, which will send a service copy to all counsel of record.

This 8th day of July, 2021.

*/S/ Peter S. Koeppel*