# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW AND MEREDITH CUNNINGHAM § § Plaintiffs, § v. § § BOARD OF SUPERVISORS OF LOUISIANA § STATE UNIVERSITY AND AGRICULTURAL§ AND MECHANICAL COLLEGE, THOMAS § SKINNER, LARRY HOLLIER, AND JON § HARMAN, and § CARLTON "TREY" JONES, III § § Defendants. | Civil Action No. 19-11793  SECTION "M"  JUDGE BARRY W. ASHE  MAG. DIV (2) MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## MOTION TO ENROLL AS TRIAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Katherine Muslow and Meredith Cunningham, who respectfully request that Franz L. Zibilich (#14914), be allowed to enroll as trial counsel of record in the above-captioned matter.

WHEREFORE, Plaintiffs pray this Honorable Court grant the Motion to Enroll Franz L. Zibilich (#14914) as trial counsel of record for Plaintiffs, Katherine Muslow and Meredith Cunningham.

Respectfully submitted:

**KOEPPEL, LLC**

/S/ Peter S. Koeppel
Peter S. Koeppel (#1465)
Natasha Z. Wilson (#22672)
2030 Saint Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
psk@koeppelllc.com
nwilson@koeppelllc.com

*Attorneys for Plaintiffs, Katherine Muslow and Meredith Cunningham*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing has been filed using the Court's CM/ECF system, which will send a service copy to all counsel of record.

This 27th day of July, 2021.

*/S/ Peter S. Koeppel*