UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-11793 |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, *et al.* | SECTION M (2) |

**ORDER**

On July 28, 2021, this Court ordered Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. ("Barrasso Usdin"), the former employer of plaintiff Meredith Cunningham, to produce: (1) by August 6, 2021, to defendants all non-medical personnel records related to Cunningham's employment at the firm, whether or not they are kept in a physical "personnel file"; and (2) by August 3, 2021, to the Court for *in camera* inspection the 130-page file it refers to as Cunningham's "medical file" so that the Court could evaluate whether the file consists solely of nonproducible medical records.[1] On July 30, 2021, Barrasso Usdin produced to the Court the documents for *in camera* inspection under cover of a letter confirming that the firm complied with the order to produce all of Cunningham's non-medical personnel records to defendants. After reviewing the documents produced to the Court for *in camera* inspection, the Court has determined that none of them constitutes a medical record. Consequently,

IT IS ORDERED that Barrasso Usdin produce to defendants by August 5, 2021, <u>all</u> documents provided to the Court for *in camera* inspection. Defendants are reminded that these documents are subject to all confidentiality protections in place for purposes of this litigation.

---

[1] R. Doc. 305.

New Orleans, Louisiana, this 3rd day of August, 2021.

                                                                                                                    _____
                                                                                                                     BARRY W. ASHE
                                                                                                                     UNITED STATES DISTRICT JUDGE