IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW AND MEREDITH CUNNINGHAM | § § § Civil Action No. 19-11793 § |
| Plaintiffs, | § SECTION "M" |
| v. | § JUDGE BARRY W. ASHE § |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, THOMAS SKINNER, LARRY HOLLIER, AND JON HARMAN, and CARLTON "TREY" JONES, III | § MAG. DIV (2) § MAGISTRATE JUDGE § DONNA PHILLIPS CURRAULT § § § § § |
| Defendants. | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Katherine Muslow and Meredith Cunningham, who respectfully request that David Gremillion (#36480), be allowed to enroll as trial counsel of record in the above-captioned matter.

WHEREFORE, Plaintiffs pray this Honorable Court grant the Motion to Enroll David Gremillion (#36480) as trial counsel of record for Plaintiffs, Katherine Muslow and Meredith Cunningham.

Respectfully submitted:

KOEPPEL, LLC

/S/ Peter S. Koeppel
Peter S. Koeppel (#1465)
Natasha Z. Wilson (#22672)
Franz L. Zibilich (#14914)
2030 Saint Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
psk@koeppelllc.com
psens@koeppelllc.com

1

*Attorneys for Plaintiffs, Katherine Muslow and Meredith Cunningham*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing has been filed using the Court's CM/ECF system, which will send a service copy to all counsel of record.

This 23rd day of August, 2021.

*/S/ Peter S. Koeppel*