UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-11793 |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, *et al.* | SECTION M (2) |

## ORDER

Before the Court is the *ex parte* motion of plaintiffs Katherine Muslow and Meredith Cunningham to enroll trial counsel (R. Doc. 311),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that David Gremillion is enrolled as additional counsel of record for plaintiffs Katherine Muslow and Meredith Cunningham in the above-captioned proceeding.

New Orleans, Louisiana, this 24th day of August, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE