MINUTE ENTRY
September 22, 2021
ASHE, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-11793 |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, *et al.* | SECTION M (2) |

      A telephone status conference was held on September 22, 2021, at 12:30 p.m. with the participation of Peter Koeppel, David F. Gremillion, and Franz Zibilich on behalf of plaintiffs, Katherine Muslow and Meredith Cunningham; and Maria Nan Alessandra and Kim M. Boyle, on behalf of defendants, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "LSU Board") and Carlton "Trey" Jones III; Dennis J. Phayer, on behalf of defendant, Thomas Skinner; Darren Albert Patin on behalf of defendant, John Harman; and Craig R. Watson on behalf of defendant, Larry Hollier.  The parties discussed issues raised by the motion for status conference (R. Doc. 320), including discovery deadlines.  By agreement of the parties, the Court expedited hearing of plaintiffs' motion to extend discovery cut-off dates (R. Doc. 320), the status conference was converted into such hearing, and argument was presented by counsel.

      Having considered plaintiffs' motion to extend discovery cut-off dates (R. Doc. 320), the record (including, particularly, the Court's rulings on previous requests to extend the discovery deadline), argument, and the applicable law, the Court DENIED plaintiffs' motion to extend

discovery cut-off dates, except as to scheduling and conducting on or before October 14, 2021, the depositions of Elizabeth Martina, Shael Wolfson, Leslie Schiff, Caren Goldberg, and John Harman, as well as the Rule 30(b)(6) of the LSU Board (once the categories of testimony are clarified).  The Court will not further extend the deadline for completing these depositions.[1]

JS10 (00:33)

---

[1] The depositions of the following persons will proceed as presently scheduled: Ralph Litolff on September 22, 2021; Trey Jones on September 23, 2021; Meredith Cunningham on September 29, 2021; and Katherine Muslow on September 30, 2021.  R. Doc. 322 at 9.