**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KATHERINE MUSLOW AND**<br>**MEREDITH CUNNINGHAM** | **CIVIL ACTION NO. 19-11793** |
| | **SECTION "M"** |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| **BOARD OF SUPERVISORS OF**<br>**LOUISIANA STATE UNIVERSITY AND**<br>**AGRICULTURAL AND MECHANICAL**<br>**COLLEGE, THOMAS SKINNER,**<br>**LARRY HOLLIER, JON HARMAN,**<br>**AND CARLTON "TREY" JONES, III** | **MAG. DIV. (2)**<br>**MAGISTRATE JUDGE DONNA**<br>**PHILLIPS CURRAULT** |

**DEFENDANT LSU'S EX PARTE MOTION TO FILE MEMORANDUM**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING**
**PLAINTIFF MEREDITH CUNNINGHAM'S CLAIMS IN EXCESS OF 25 PAGES**

NOW INTO COURT, through undersigned counsel, comes Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU" or "Defendant"), who, respectfully requests this Honorable Court to grant Defendant LSU leave to file its Memorandum in Support of Motion for Summary Judgment Regarding Plaintiff Meredith Cunningham's Claims in excess of the 25-page limit set forth in Local Rule 7.7. Defendant LSU submits that Plaintiff Cunningham has raised claims of gender discrimination and retaliation against LSU under Title VII and the Equal Pay Act, including claims of alleged unequal pay. In support of Plaintiff's pay discrimination claims under Title VII and the Equal Pay Act, Plaintiff has identified several alleged male comparators who allegedly received higher pay for allegedly substantially similar work. In addition to the facts, exhibits and law applicable to Plaintiff's discrimination and retaliation claims under Title VII and the Equal Pay Act, Plaintiff's wage discrimination claims alone necessitate a detailed analysis of facts and exhibits related to Plaintiff's former job position and the job positions of the alleged male comparators.

Thus, due to the detailed analysis required for assessment of the relevant facts, exhibits and law for Plaintiff's Title VII and Equal Pay Act discrimination and retaliation claims, as well as numerous defenses to Plaintiff's claims and damages in this lawsuit, as set forth by Defendant LSU in its Motion for Summary Judgment Regarding Plaintiff Meredith Cunningham's Claims, Defendant LSU respectfully submits that it needs to file a longer memorandum to adequately brief and address these issues for summary disposition purposes under Fed. R. Civil P. Rule 56.  Despite earnest efforts to draft a memorandum within the 25 page limitation set by Local Rule 7.7., Defendant LSU was unable to do so in light of the detailed analysis necessary for separate but relevant defenses, exhibits and facts regarding Plaintiff's Title VII and Equal Pay Act claims against Defendant LSU.  Accordingly, Defendant LSU respectfully requests leave of this Court to file a memorandum in excess of the 25-page limitation.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:     */s/ M. Nan Alessandra*
M. NAN ALESSANDRA (#16783)
Special Assistant Attorney General
KIM M. BOYLE (#18133)
PHELPS DUNBAR LLP
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
nan.alessandra@phelps.com
kim.boyle@phelps.com

**ATTORNEYS FOR DEFENDANTS,
BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND CARLTON "TREY"
JONES, III**

2

PD.36086566.1