UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW AND MEREDITH CUNNINGHAM | CIVIL ACTION NO. 19-11793 |
| | SECTION "M" |
| VERSUS | JUDGE BARRY W. ASHE |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, THOMAS SKINNER, LARRY HOLLIER, JON HARMAN, AND CARLTON "TREY" JONES, III | MAG. DIV. (2) MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## ORDER

Considering the foregoing Ex Parte Motion to File Memorandum in Support of Motion for Summary Judgment Regarding Plaintiff Meredith Cunningham's Claims in Excess of 25 Pages filed by Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("Defendant" or "LSU"); accordingly,

IT IS ORDERED BY THE COURT that Defendant LSU's Ex Parte Motion to File Memorandum in Support of Motion for Summary Judgment Regarding Plaintiff Meredith Cunningham's Claims in Excess of 25 Pages be, and the same is hereby GRANTED, and that the Clerk of the United States District Court for the Eastern District of Louisiana be and hereby is directed to accept for filing Defendant LSU's Memorandum in Support of Motion for Summary Judgment Regarding Plaintiff Meredith Cunningham's Claims.

New Orleans, Louisiana, this _____ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE