# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHERINE MUSLOW AND<br>MEREDITH CUNNINGHAM | * | CIVIL ACTION NO.  2:19-cv-11793 |
| | * | |
| | * | DIVISION M(2) |
| *Plaintiffs,* | * | |
| | * | DISTRICT JUDGE BARRY W. ASHE |
| VERSUS | * | |
| | * | |
| BOARD OF SUPERVISORS OF | * | MAGISTRATE JUDGE DONNA |
| LOUISIANA STATE UNIVERSITY | * | PHILLIPS  CURRAULT |
| AND AGRICULTURAL AND | * | |
| MECHANICAL COLLEGE, *et al.* | * | |
| | * | |
| *Defendants.* | * | |
| | * | |
| *   *   *   *   *   *   * | * | |

## MOTION FOR REVIEW MAGISTRATE'S ORDER (R. DOC. 369)

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Katherine

Muslow and Meredith Cunningham (hereinafter, collectively, "Plaintiffs"), who

respectfully request that this Honorable Court review Magistrate Judge Donna Phillips

Currault's January 11, 2022 ruling (R. Doc. 369) denying a Motion to Compel Discovery

Responses filed by Plaintiffs on November 22, 2021 (R. Doc. 337) and finding no

obligation on behalf of Defendant, Board of Supervisors of Louisiana State University and

Agricultural and Mechanical College ("LSU"), to provide written responses or

documentary evidence beyond the scope of the parties' previous "stipulation" limiting the

discovery timeframe to the period between 2014 and 2019, despite a recent Court Order

providing for a more expansive discovery timeframe that included 2020 and 2021 (R. Doc.

335).

1

The Magistrate's Order and Reasons were issued on January 11, 2022 (R. Doc. 369). Plaintiffs respectfully object to the aforementioned decision, and pursuant to Fed. R. Civ. P. 72 and Local Rule 72, hereby seek review of this decision by District Judge Barry W. Ashe.

For the reasons articulated in the accompanying Memorandum in Support and set forth in Plaintiffs' underlying Motion to Compel, Plaintiffs respectfully seek relief from the aforementioned rulings and accordingly request that this Court review the issues presented, reverse, and/or modify the objectionable rulings contained in the Magistrate's Order and Reasons (R. Doc. 369), and enter judgment in Plaintiffs' favor with respect to the disclosure and production of all information and/or documents sought in Plaintiffs' Motion to Compel (R. Doc. 337).

Respectfully submitted,

/s/   Franz Zibilich
Franz Zibilich (La. Bar No. 14914)
Peter S. Koeppel (La. Bar No. 1465)
David F. Gremillion  (La. Bar No. 36480)
2030 Saint Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
fzibilich@bellsouth.net
psk@koeppelllc.com
dgremillion@koeppelllc.com
*Counsel for Plaintiffs, Katherine Muslow*
*and Meredith Cunningham*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28 day of January, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/     Franz Zibilich*