# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHERINE MUSLOW AND MEREDITH CUNNINGHAM | * | CIVIL ACTION NO. 2:19-cv-11793 |
| | * | |
| | * | DIVISION M(2) |
| *Plaintiffs,* | * | |
| | * | DISTRICT JUDGE BARRY W. |
| VERSUS | * | ASHE |
| | * | |
| BOARD OF SUPERVISORS OF | * | MAGISTRATE JUDGE DONNA |
| LOUISIANA STATE UNIVERSITY | * | PHILLIPS CURRAULT |
| AND AGRICULTURAL AND | * | |
| MECHANICAL COLLEGE, *et al.* | * | |
| | * | |
| *Defendants.* | * | |
| | * | |
| *   *   *   *   *   * | * | |

## <u>MOTION FOR EXPEDITED SUBMISSION DATE</u>

Plaintiffs, Katherine Muslow and Meredith Cunningham, through undersigned counsel, move this Honorable Court for an expedited submission of their Memorandum in Support of Plaintiff's Motion for Review for the reasons set forth in its accompanying Memorandum in Support.

Wherefore, Plaintiffs' request this Motion be granted for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

*/s/    Franz Zibilich*
Franz Zibilich (La. Bar No. 14914)
Peter S. Koeppel (La. Bar No. 1465)
David F. Gremillion  (La. Bar No. 36480)
2030 Saint Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
fzibilich@bellsouth.net

1

psk@koeppelllc.com
dgremillion@koeppelllc.com
*Counsel for Plaintiffs, Katherine Muslow*
*and Meredith Cunningham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28 day of January, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/    Franz Zibilich___*