IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW AND MEREDITH CUNNINGHAM §§§ Plaintiffs, §§ v. §§ BOARD OF SUPERVISORS OF LOUISIANA § STATE UNIVERSITY AND AGRICULTURAL§ AND MECHANICAL COLLEGE, THOMAS § SKINNER, LARRY HOLLIER, JON § HARMAN, AND TREY JONES §§§ Defendants. § | Civil Action No. 19-11793 Section M (2) Jury Trial Demanded |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs, Katherine Muslow and Meredith Cunningham ("plaintiffs"), hereby respectfully request pursuant to Local Rule 78.1E permission for oral argument of Plaintiffs', Motion for Review. Date of submission is currently pending before this Honorable Court pursuant to a Motion for Expedited Submission Date.

Respectfully submitted,

/s/   *Franz Zibilich*
Franz Zibilich (La. Bar No. 14914)
Peter S. Koeppel (La. Bar No. 1465)
David F. Gremillion (La. Bar No. 36480)
2030 Saint Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
fzibilich@bellsouth.net
psk@koeppelllc.com
dgremillion@koeppelllc.com
*Counsel for Plaintiffs, Katherine Muslow and Meredith Cunningham*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28 day of January, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/   *Franz Zibilich*