UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-11793 |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, *et al.* | SECTION M (2) |

## ORDER

Due to a conflict in the Court's schedule posed by an upcoming multiple-week-long criminal trial, and also due to the voluminous nature of the parties' recent, multiple motions for summary judgment, which are now pending before this Court, this case is not ready for trial and must be continued. Accordingly,

IT IS ORDERED that the trial and pretrial conference in the above-captioned matter are CONTINUED.

IT IS FURTHER ORDERED that (1) any deadline set forth in this Court's scheduling order (R. Doc. 309) that has not yet passed as of the date of this order is continued; and (2) the case manager will hold a telephone scheduling conference on April 21, 2022, at 9:30 a.m. to select new dates for the trial and pretrial conference. All parties are to call into the conference at (877) 873-8018, Access Code: 2994682.

New Orleans, Louisiana, this 7th day of March, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE