UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-11793 |
| LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, *et al.* | SECTION M (2) |

## **JUDGMENT**

In accordance with this Court's Order & Reasons (R. Doc. 451),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College DISMISSING all of plaintiffs' claims for relief against it, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Larry Hollier DISMISSING all of plaintiffs' claims for relief against him, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant John Harman DISMISSING all of plaintiffs' claims for relief against him, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Thomas Skinner DISMISSING all of plaintiffs' claims for relief against him, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Carlton "Trey" Jones, III DISMISSING all of plaintiffs' claims for relief against him, with prejudice.

2

New Orleans, Louisiana, this 24th day of May, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE