UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| KATHERINE MUSLOW, ET AL | * | CIVIL ACTION NO. 2:19-cv-11793 |
| --- | --- | --- |
| VERSUS | * | SECTION: M(2) |
| LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL | * | |

## Itemization for Bill of Costs

| Category | Payee | Reason | Amount |
| --- | --- | --- | --- |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | Professional Shorthand Reporters, Inc. | Katherine Muslow deposition transcript | $1,077.65 |
| | Professional Shorthand Reporters, Inc. | Meredith Cunningham deposition transcript | $937.75 |
| | Serpas Court Reporting | John Harman deposition transcript | $389.50 |
| | Serpas Court Reporting | Carlton "Trey" Jones deposition transcript | $528.25 |
| | Geralyn C. Barker, CCR, RMR | Larry Hollier deposition transcript | $796.25 |
| | Geralyn C. Barker, CCR, RMR | Thomas Vernon Skinner deposition transcript | $633.00 |
| | Serpas Court Reporting | LSU Board of Supervisors, through Donna Dewailly deposition transcript | $288.45 |
| | Serpas Court Reporting | LSU Board of Supervisors, through Sara Schnexnayder and Dione Heusel deposition transcripts | $412.30 |
| | Serpas Court Reporting | Carlton "Trey" Jones, III deposition transcript | $255.75 |
| | Serpas Court Reporting | LSU Board of Supervisors, through Larry Hollier deposition transcript | $340.50 |
| | Geralyn C. Barker, CCR, RMR | Rosalynn Martin deposition transcript | $797.25 |
| | Geralyn C. Barker, CCR, RMR | Thomas Louis Colletta, Jr. deposition transcript | $717.50 |
| | Serpas Court Reporting | Ralph Litolff deposition transcript | $307.75 |
| | Professional Shorthand Reporters, Inc. | Shael N. Wolfson, Ph.D. deposition transcript | $536.20 |
| | Casamo & Associates | Caren Goldberg deposition transcript | $1,437.35 |
| TOTAL | | | $9,455.45 |

{01311198 - v1}

Exhibit 1



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
1-800-536-5255

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 197301 | 10/22/2021 | 103588 |
| Job Date | Case No. | |
| 9/30/2021 | 19-11793 | |
| Case Name | | |
| Katherine Muslow and Meredith Cunningham vs Board of Supervisors of LSU, et al | | |
| Payment Terms | | |
| Net 30 | | |

Phayer, Dennis J.
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
T: 504-836-2220  F: 504-836-2221

1 COPY OF TRANSCRIPT OF:
   Katherine Muslow                                                                1,077.65

                                            **TOTAL DUE   >>>**           **$1,077.65**

NOTE: Exhibits are being provided on flash drive enclosed. If printed copies are needed we can provide them
      at an additional fee.

**Tax ID:** 72-1177884

*Please detach bottom portion and return with payment.*

Phayer, Dennis J.
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001

Invoice No.    : 197301
Invoice Date   : 10/22/2021
**Total Due**      : **$1,077.65**

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.      : 103588
BU ID        : 1-REP
Case No.     : 19-11793
Case Name    : Katherine Muslow and Meredith
               Cunningham vs Board of Supervisors of
               LSU, et al

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
**1-800-536-5255**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 197276 | 10/20/2021 | 103587 |
| **Job Date** | **Case No.** | |
| 9/29/2021 | 19-11793 | |
| **Case Name** | | |
| Katherine Muslow and Meredith Cunningham vs Board of Supervisors of LSU, et al | | |
| **Payment Terms** | | |
| Net 30 | | |

Phayer, Dennis J.
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001

1 COPY OF TRANSCRIPT OF:
   Meredith Cunningham                                                   937.75

                      **TOTAL DUE >>>     $937.75**

Location of Job   : Koeppel Clark Turner LLC
                         2030 St. Charles Avenue
                         New Orleans, LA 70130

NOTE: Exhibits are being provided on flash drive enclosed. If printed copies are needed we can provide them to you at an additional charge!

**Tax ID:** 72-1177884

*Please detach bottom portion and return with payment.*

Phayer, Dennis J.
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001

Invoice No.   : 197276
Invoice Date  : 10/20/2021
**Total Due**    : **$937.75**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.      : 103587
BU ID       : 1-REP
Case No.    : 19-11793
Case Name  : Katherine Muslow and Meredith
              Cunningham vs Board of Supervisors of
              LSU, et al



**Serpas COURT REPORTING**
381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

Gregory Fahrenholt, Esq.
BURGLASS & TANKERSLEY, LLC
5213 Airline Dr.
Metairie, LA 70001

# Invoice #68500

| Date | Terms |
|---|---|
| 10/28/2021 | Net 30 |

### Job #15348 on 10/06/2021

**Case:** Katherine Muslow and Meredith Cunningham v. Board of Supervisors of Louisiana State University, et al

**Shipped On:** 10/28/2021
**Shipped Via:** USPS Priority Mail

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of John Harman** | |
| 1 Copy; 1 Condensed Transcript - ZOOM | $ 389.50 |
| | $ 389.50 |

| | |
|---|---|
| Amount Due: | $ 389.50 |
| Paid: | $ 0.00 |
| Balance Due: | $ 389.50 |
| Payment Due: | 11/27/2021 |

Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447
Please reference invoice number when remitting payment. We accept VISA and Mastercard.  Tax #20-1318855
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us: SerpasCourtReporting.com  *  800-526-8720





381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

Dennis Phayer
BURGLASS & TANKERSLEY, LLC
5213 Airline Dr.
Metairie, LA 70001

# Invoice #68141

| Date | Terms |
|---|---|
| 09/30/2021 | Net 30 |

**Job #15114 on 09/23/2021**

**Case:** Katherine Muslow and Meredith Cunningham v. Board of Supervisors of Louisiana State University, et al

**Shipped On:** 09/30/2021
**Shipped Via:** USPS Priority Mail

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of Carlton "Trey" Jones** | |
| 1 Copy; 1 Condensed Transcript - ZOOM | $ 528.25 |
| | $ 528.25 |

| | |
|---|---|
| Amount Due: | $ 528.25 |
| Paid: | $ 0.00 |
| Balance Due: | $ 528.25 |
| Payment Due: | 10/30/2021 |

Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447
Please reference invoice number when remitting payment. We accept VISA and Mastercard.  Tax #20-1318855
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us:  SerpasCourtReporting.com  *  800-526-8720



RECEIVED OCT 2021

# GERALYN C. BARKER, CCR, RMR
P. O. Box 441 • Mandeville, LA 70470-0441 • Phone 985-626-5195 • Fax 985-626-8166

```
                                          Invoice # S21B254
                                          Date:    3-3-2021
                                          Tax ID # 72-0964382


TO:  Dennis J. Phayer, Esq.
     Burglass & Tankersley, LLC
     5213 Airline Drive
     Metairie, Louisiana  70001

_____

                       I N V O I C E
_____



RE:  MUSLOW VS. BOARD OF SUPERVISORS OF LSU, ET AL
     USDC EDOL CA NO. 19-11793, SECT. "M"(2)



Deposition of Dr. Larry H. Hollier taken on Thursday,
February 25, 2021:

Furnishing one copy
Condensed Deposition Indexed - Gratis
Etran/PDFs emailed
Witness reading and signing



     TOTAL AMOUNT DUE........................$ 796.25

              (Payment due upon receipt.)


                        THANK YOU!
```

# GERALYN C. BARKER, CCR, RMR
P. O. Box 441 • Mandeville, LA 70470-0441 • Phone 985-626-5195 • Fax 985-626-8166

```
                                    Invoice # S21C302
                                    Date:   4-5-2021
                                    Tax ID # 72-0964382


TO:  Dennis J. Phayer, Esq.
     Burglass & Tankersley, LLC
     5213 Airline Drive
     Metairie, Louisiana  70001
```

---

## I N V O I C E

---

```
RE:  KATHERINE MUSLOW, ET AL VS.
     BOARD OF SUPERVISORS OF LSU, ET AL
     USDC EDOL, CA NO. 19-11793, SEC. "M"(2)


Deposition of Thomas Vernon Skinner taken on Tuesday, March
30, 2021, via Zoom videoconference:

Furnishing one copy
Condensed Deposition Indexed - Gratis
Etran/PDFs emailed
Witness reading and signing



     TOTAL AMOUNT DUE........................$ 633.00

            (Payment due upon receipt.)

                     THANK YOU!
```





**Serpas COURT REPORTING**

381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

Gregory Fahrenholt, Esq.
BURGLASS & TANKERSLEY, LLC
5213 Airline Dr.
Metairie, LA 70001

## Invoice #68384

| Date | Terms |
|---|---|
| 10/21/2021 | Net 30 |

### Job #15436 on 10/08/2021

**Case:** Katherine Muslow and Meredith Cunningham v. Board of Supervisors of Louisiana State University, et al

**Shipped On:** 10/21/2021
**Shipped Via:** USPS Priority Mail

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of 30 (b)6 LSU Board of Supervisors, Through Donna Dewailly** | |
| 1 Copy; 1 Condensed Transcript - ZOOM | $ 288.45 |
| | $ 288.45 |

| | |
|---|---|
| Amount Due: | $ 288.45 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 288.45** |
| **Payment Due:** | **11/20/2021** |

Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447
Please reference invoice number when remitting payment. We accept VISA and Mastercard.  Tax #20-1318855
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us: SerpasCourtReporting.com  *  800-526-8720



RECEIVED NOV 2021



**Serpas COURT REPORTING**

381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

Gregory Fahrenholt, Esq.
BURGLASS & TANKERSLEY, LLC
5213 Airline Dr.
Metairie, LA 70001

## Invoice #68393

| Date | Terms |
|---|---|
| 10/21/2021 | Net 30 |

### Job #15495 on 10/13/2021

**Case:** Katherine Muslow and Meredith Cunningham v. Board of Supervisors of Louisiana State University, et al

**Shipped On:** 10/21/2021
**Shipped Via:** USPS Priority Mail

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of LSU Board of Supervisors Through Sara Schnexnayder** | |
| 1 Copy; 1 Condensed Transcript - ZOOM | $ 247.25 |
| | $ 247.25 |
| **Copy Transcript Deposition of LSU Board of Supervisors Through Dione Heusel** | |
| 1 Copy; 1 Condensed Transcript - ZOOM | $ 165.05 |
| | $ 165.05 |

|   |   |
|---|---|
| Amount Due: | $ 412.30 |
| Paid: | $ 0.00 |
| Balance Due: | $ 412.30 |
| Payment Due: | 11/20/2021 |

Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447
Please reference invoice number when remitting payment. We accept VISA and Mastercard.  Tax #20-1318855
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us: SerpasCourtReporting.com  *  800-526-8720





381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

Gregory Fahrenholt, Esq.
BURGLASS & TANKERSLEY, LLC
5213 Airline Dr.
Metairie, LA 70001

# Invoice #68455

| Date | Terms |
|---|---|
| 10/25/2021 | Net 30 |

### Job #15505 on 10/14/2021

**Case:** Katherine Muslow and Meredith Cunningham v. Board of Supervisors of Louisiana State University, et al

**Shipped On:** 10/28/2021
**Shipped Via:** USPS Priority Mail

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of Carlton "Trey" Jones III** | |
| 1 Copy; 1 Condensed Transcript - ZOOM | $ 255.75 |
| | $ 255.75 |

| | |
|---|---|
| Amount Due: | $ 255.75 |
| Paid: | $ 0.00 |
| Balance Due: | $ 255.75 |
| Payment Due: | 11/24/2021 |

Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447
Please reference invoice number when remitting payment. We accept VISA and Mastercard.  Tax #20-1318855
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us: SerpasCourtReporting.com  *  800-526-8720





**Serpas COURT REPORTING**

381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

Gregory Fahrenholt, Esq.
BURGLASS & TANKERSLEY, LLC
5213 Airline Dr.
Metairie, LA 70001

## Invoice #68439

| Date | Terms |
|---|---|
| 10/25/2021 | Net 30 |

**Job #15478 on 10/12/2021**

**Case:** Katherine Muslow and Meredith Cunningham v. Board of Supervisors of Louisiana State University, et al

**Shipped On:** 10/28/2021
**Shipped Via:** USPS Priority Mail

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of LSU Board of Supervisors through Larry Hollier** | |
| 1 Copy; 1 Condensed Transcript - ZOOM | $ 340.50 |
| | $ 340.50 |

| | |
|---|---|
| Amount Due: | $ 340.50 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 340.50** |
| **Payment Due:** | **11/24/2021** |

Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447
Please reference invoice number when remitting payment. We accept VISA and Mastercard.  Tax #20-1318855
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us: SerpasCourtReporting.com  *  800-526-8720



# GERALYN C. BARKER, CCR, RMR
P. O. Box 441 • Mandeville, LA 70470-0441 • Phone 985-626-5195 • Fax 985-626-8166

```
                                    Invoice # S21C193
                                    Date:    4-2-2021
                                    Tax ID # 72-0964382

TO:  Dennis J. Phayer, Esq.
     Burglass & Tankersley, LLC
     5213 Airline Drive
     Metairie, Louisiana  70001
```

---

## I N V O I C E

---

```
RE:  KATHERINE MUSLOW, ET AL VS.
     BOARD OF SUPERVISORS OF LSU, ET AL
     USDC EDOL, CA NO. 19-11793, SEC. "M" (2)


Deposition of Rosalynn Martin taken on Friday, March 19,
2021, via Zoom videoconference:

Furnishing one copy
Condensed Deposition Indexed - Gratis
Etran/PDFs emailed
Witness reading and signing



        TOTAL AMOUNT DUE.........................$ 797.25

             (Payment due upon receipt.)


                    THANK YOU!
```


(RECEIVED APR 2021 stamp)

# GERALYN C. BARKER, CCR, RMR
P. O. Box 441 • Mandeville, LA 70470-0441 • Phone 985-626-5195 • Fax 985-626-8166

```
                                    Invoice # S21C054
                                    Date:   3-8-2021
                                    Tax ID # 72-0964382


TO:  Dennis J. Phayer, Esq.
     Burglass & Tankersley, LLC
     5213 Airline Drive
     Metairie, Louisiana  70001
```

---

## I N V O I C E

---

RE: MUSLOW VS. BOARD OF SUPERVISORS OF LSU, ET AL
    USDC EDOL CA NO. 19-11793, SECT. "M"(2)

Deposition of Thomas Louis Colletta, Jr. taken on Friday, March 5, 2021:

Furnishing one copy
Condensed Deposition Indexed - Gratis
Etran/PDFs emailed
Witness reading and signing

       TOTAL AMOUNT DUE........................$ 717.50

              (Payment due upon receipt.)

                         THANK YOU!





**Serpas COURT REPORTING**

381 Hwy 21 Ste. 202
Arbor Walk Professional Center
Madisonville, LA 70447

Dennis Phayer
BURGLASS & TANKERSLEY, LLC
5213 Airline Dr.
Metairie, LA 70001

# Invoice #68138

| Date | Terms |
|---|---|
| 09/30/2021 | Net 30 |

**Job #15113 on 09/22/2021**

**Case:** Katherine Muslow and Meredith Cunningham v. Board of Supervisors of Louisiana State University, et al

**Shipped On:** 09/30/2021
**Shipped Via:** USPS Priority Mail

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of Ralph Litolff** | |
| 1 Copy; 1 Condensed Transcript - Expert - Zoom | $ 307.75 |
| | $ 307.75 |

| | |
|---|---|
| Amount Due: | $ 307.75 |
| Paid: | $ 0.00 |
| Balance Due: | $ 307.75 |
| Payment Due: | 10/30/2021 |

Mail payment to Serpas Court Reporting  381 Highway 21 Suite 202 Madisonville, LA 70447
Please reference invoice number when remitting payment. We accept VISA and Mastercard.  Tax #20-1318855
Louisiana Court Reporter - owned firm covering all of Louisiana.
Contact us:  SerpasCourtReporting.com  *  800-526-8720



# INVOICE

1 of 1



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
1-800-536-5255

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 197365 | 10/29/2021 | 103686 |
| Job Date | Case No. | |
| 10/7/2021 | 19-11793 | |

| Case Name |
|---|
| Katherine Muslow and Meredith Cunningham vs Board of Supervisors of LSU, et al |

| Payment Terms |
|---|
| Net 30 |

Fahrenholt, Gregory C.
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001

1 COPY OF TRANSCRIPT OF:
    Shael N. Wolfson, Ph.D.

                                                                                        536.20
                                                            TOTAL DUE  >>>              $536.20

**Tax ID:** 72-1177884

*Please detach bottom portion and return with payment.*

Fahrenholt, Gregory C.
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001

Invoice No.   : 197365
Invoice Date  : 10/29/2021
**Total Due**  : **$536.20**

*Via UPS Ground*

Job No.    : 103686
BU ID      : 1-REP
Case No.   : 19-11793
Case Name  : Katherine Muslow and Meredith Cunningham vs Board of Supervisors of LSU, et al

**Remit To:** **Professional Shorthand Reporters, Inc.**
    **601 Poydras Street**
    **Suite 1615**
    **New Orleans, LA 70130**

[RECEIVED NOV 2021 stamp]

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144135 | 12/28/2021 | 87281 |
| Job Date | Case No. | |
| 10/11/2021 | 19-11793 | |
| Case Name | | |
| Katherine Muslow & Meredith Cummingham v. Bd. of Supervisors of Lousiana State | | |
| Payment Terms | | |
| Due upon receipt | | |

Gregory C. Fahrenholt
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Caren Goldberg, Ph.D.                                                                                          1,437.35
    Exhibit                                           656.00  Pages

**TOTAL DUE   >>>**                                                                                          **$1,437.35**

Location of Job    : Casamo 1st Fl.
                       1010 Cameron Street
                       Alexandria, VA 22314

Thank you. Your business is appreciated.

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT PAYMENT.   By accepting receipt of the transcript and/or court reporting services identified above, the attorney/law firm invoiced above accepts liability for its payment. Customer is responsible for all costs of collection, including reasonable attorney fees.  1.50% per month on unpaid balance  Unpaid invoices will be referred for collection after 90 days.

Visit us at our website www.casamo.com where we offer online scheduling, transcript repository and  online payments.

---

**Tax ID:** 54-1572417

*Please detach bottom portion and return with payment.*

---

Gregory C. Fahrenholt
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001

Invoice No.    : 144135
Invoice Date   : 12/28/2021
**Total Due**     : **$1,437.35**

Remit To:  **Casamo & Associates**
               **1010 Cameron Street**
               **Alexandria, VA 22314**

Job No.        : 87281
BU ID          : 1-MAIN
Case No.       : 19-11793
Case Name      : Katherine Muslow & Meredith Cummingham
                      v. Bd. of Supervisors of Lousiana State