## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHERINE MUSLOW AND MEREDITH CUNNINGHAM | * * * | CIVIL ACTION NO.  2:19-cv-11793 |
| | * | DIVISION M (2) |
| *Plaintiffs,* | * * | DISTRICT JUDGE BARRY W. |
| VERSUS | * * | ASHE |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, *et al.* | * * * * * | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| *Defendants.* | * * | |
| *    *    *    *    *    *    * | | |

## MOTION TO REMOVE AS COUNSEL OF RECORD

Plaintiffs, Katherine Muslow and Meredith Cunningham, move this Honorable Court to remove Franz Zibilich (La. Bar No. 14914) as counsel of record.  Mr. Zibilich has been discharged and has given consent to this filing, to be withdrawn as counsel and removed from this litigation.

Accordingly, Plaintiffs Katherine Muslow and Meredith Cunningham pray that Franz Zibilich (La. Bar No. 14914) be removed as counsel of record.  Peter S. Koeppel and Natasha Z. Wilson will remain as Counsel of Record for Plaintiffs, Katherine Muslow and Meredith Cunningham.

Respectfully submitted:
**KOEPPEL LLC**

*/S/Peter S. Koeppel*
Peter S. Koeppel (#1465)
2030 Saint Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
psk@koeppelllc.com
***Attorney for Plaintiffs, Katherine Muslow and Meredith Cunningham***

1


## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing has been filed using the Court's CM/ECF system, which will send a service copy to all counsel of record.

This 22nd day of June, 2022.

*/S/ Peter S. Koeppel*