UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHERINE MUSLOW AND MEREDITH CUNNINGHAM** | **CIVIL ACTION NO. 19-11793** |
| **VERSUS** | |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, JON HARMAN, LARRY HOLLIER, THOMAS SKINNER, AND CARLTON "TREY" JONES, III** | **JUDGE BARRY W. ASHE**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## MOTION TO TAX COSTS

**NOW INTO COURT,** through undersigned counsel, comes defendant, John Harman, who, as the prevailing party in this litigation and pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, 28 U.S.C. 1920, and Local Rules LR 54.3 and LR 54.3.1, moves the Clerk of this Honorable Court to tax, in his favor and against plaintiffs, Katherine Muslow and Meredith Cunningham, costs in the amount of Three Thousand four hundred twenty-eight and 25/100 DOLLARS ($3,428.25), all as itemized in the Bill of Costs and accompanying Exhibits, attached hereto.

**WHEREFORE**, John Harman prays that this motion be granted and that after due proceedings are had, the Clerk of Court tax, in his favor and against Katherine Muslow and Meredith Cunningham, those costs itemized in the attached Bill of Costs.

Respectfully Submitted:

**JEFF LANDRY, Attorney General**

**By:  HAILEY, MCNAMARA**

*/s/Darren A. Patin*
**DARREN A. PATIN, #23244**
**Special Assistant Attorney General**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
dpatin@hmhlp.com
*Counsel for Defendant, John Harman*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of July 2022 electronically filed the above with the Clerk of Court utilizing the CM/ECF system, and/or have served a copy of the foregoing pleading on counsel for all parties to this proceeding either by **e-mailing, faxing or by mailing** the same by United States mail, properly addressed and first-class postage prepaid.

*s/Darren A. Patin*
**DARREN A. PATIN**