UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MUSLOW, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-11793 |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, *et al.* | SECTION M (2) |

# JURY VERDICT FORM

## I. Katherine Muslow

1. Did plaintiff Katherine Muslow establish by a preponderance of the evidence that defendant LSU's decision to rescind her employment offer from the Office of General Counsel would not have occurred but for the gender-based pay statements in the February 15, 2019 email?

YES: ✓ NO: ______

**If you answered "YES" to question 1, proceed to question 2.**

**If you answered "NO" to question 1, proceed to question 3 on page 2.**

2. If you find that Katherine Muslow has established by a preponderance of the evidence that she sustained damages as a result of LSU's actions, please express, in dollars, the total amount of money that fairly compensates her.

General (pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life) $ 750,000.00

**Please proceed to question 3 on page 2.**

## II. Meredith Cunningham

3. Did plaintiff Meredith Cunningham establish by a preponderance of the evidence that defendant LSU's decision to rescind her employment offer from the Office of General Counsel would not have occurred but for the gender-based pay statements in the February 15, 2019 email?

YES: ✓ NO: ______

**If you answered "YES" to question 3, proceed to question 4.**

**If you answered "NO" to question 3, sign and date the bottom of this verdict form and return to the courtroom.**

4. If you find that Meredith Cunningham has established by a preponderance of the evidence that she sustained damages as a result of LSU's actions, please express, in dollars, the total amount of money that fairly compensates her.

General (pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life) $ 750,000.00

**Sign and date the bottom of this verdict form and return to the courtroom.**

New Orleans, Louisiana, this 1st day of May, 2026.

[redacted]

**JURY FOREPERSON**